UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Herman P. Cumby and G. Cumby | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No.18-cv-30049-MGM<br>)<br>) |
| v. | )<br>) |
| Springfield Police Deptartment et al., | )<br>)<br>)<br>) |
| Defendants, | ) |

## SETTLEMENT ORDER OF DISMISSAL
October 3, 2018

The court, having been advised on October 2nd, 2018 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Forty Five (45) days if settlement is not consummated.

By the Court,

/s/ *Tamara Figueroa*
Tamara Figueroa
Deputy Clerk