## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HERMAN PAUL CUMBY, and G. CUMBY<br><br>                Plaintiffs<br><br>v.<br><br>CITY OF SPRINGFIELD, SPRINGFIELD POLICE DEPARTMENT, OFFICER DANIEL BILLINGSLEY, OFFICER ANTHONY CICERO, OFFICER CHRISTIAN CICERO, OFFICER IGOR BASOVSKIY, OFFICER DARREN NGUYEN, OFFICER SHAVONNE LEWIS, OFFICER MELISSA RODRIGUEZ, OFFICER JAMES D'AMORE, OFFICER JEREMY RIVAS, OFFICER DERRICK GENTRY-MITCHELL, OFFICER JOSE DIAZ, OFFICER NATHANIEL PEREZ, OFFICER JOHN WAJDULA, OFFICERS JOHN DOE 1 through 10, SGT. LOUIS BARTOLUCCI, LT. JESSICA HENDERSON, LT. NORMAN CHAREST, CPT. TRENT DUDA, COMMISSIONER JOHN BARBIERI<br><br>                Defendants | C.A. NO.: 3:18-cv-30049 |

## **STIPULTATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-entitled action, pursuant to the provisions of Federal R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without interest, costs or award of attorneys' fees and with all rights of appeal involving the Releasees waived.

Respectfully submitted,
The Defendants,

City of Springfield, Springfield Police Department, Officer Daniel Billingsley, Officer Anthony Cicero, Officer Christian Cicero, Officer Igor Basovskiy, Officer Darren Nguyen, Officer Shavonne Lewis, Officer Melissa Rodriguez, Officer James D'Amour, Officer Jeremy Rivas, Officer Derrick Gentry-Mitchell, Officer Jose Diaz, Officer Nathaniel Perez, Officer John Wajdula, Sgt. Louis Bortolucci, Lt. Jessica Henderson, Lt. Norman Charest, Cpt. Trent Duda and Commissioner John Barbieri

By their attorneys,

Dated:  November 13, 2018            /s/ Kathleen E. Sheehan
Kathleeen E. Sheehan, Esq., BBO#456910
Lisa C. deSousa, Esq. BBO#546115
Edward M. Pikula, Esq. BBO#399770
City of Springfield Law Department
1600 East Columbus Ave., 2nd Floor
Springfield, MA 01103
Phone: (413) 787-6654
Fax:    (413) 750-2363
ksheehan@springfieldcityhall.com
ldesousa@springfieldcityhall.com
epikula@springfieldcityhall.com


Respectfully submitted,
The Plaintiffs,
By their attorney,

Dated:  November 12, 2018            /s/ Michelle S. Cruz
Michelle S. Cruz, Esq., BBO#651081
35 Center Street, Suite 35
Chicopee, MA 01103
Phone: (413) 592-9400
Cruz4law@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the within Stipulation of Dismissal was this day served upon Plaintiff via the Federal Court's ECF Notice and delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

SIGNED under the pains and penalties of perjury.

Dated: November 13, 2018                                    /s/ Kathleen E. Sheehan
                                                                          Kathleen E. Sheehan, Esq.